UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MONTGOMERY CARL AKERS, | Case No. CV-20-064-BU-BMM |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| J. CONOVER, KATHERINE N. SIEREVELD, DOES 1-20, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to Order (Doc. 57) this matter is DISMISSED.

Dated this 20th day of October 2021.

TYLER P. GILMAN, CLERK

By: /s/ H. Gauthier
H. Gauthier, Deputy Clerk